UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JCAI INC. and JCAI AMERICA INC.,<br><br>Plaintiffs,<br><br>v.<br><br>WISELEAP SOLUTIONS INC. and<br>EMYODE SERVICES CONSEILS INC.<br><br>Defendants. | Case No. 3-23-cv-00350 RCY |

**DEFENDANTS WISELEAP SOLUTIONS INC. AND
EMYODE SERVICES CONSEILS INC.'S
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendants Wiseleap Solutions Inc. and Emyode Services Conseils Inc., pursuant to Rule 12(b)(6), move this Court to dismiss the Complaint for Patent Infringement filed by Plaintiffs JCAI Inc. and JCAI America Inc. for failure to state a claim upon which relief may be granted. As explained in the accompanying Memorandum in Support, Plaintiffs' claim of infringement of U.S. Patent 9,828,115 fails as a matter of law because the patent is invalid under 35 U.S.C. § 101 for claiming patent-ineligible subject matter.

WHEREFORE, Defendants respectfully requests that this Court grant this Motion to Dismiss and enter the proposed order dismissing with prejudice Plaintiffs' Complaint for failure to state a claim upon which relief may be granted.

4857-2505-8952.1

Dated: October 23, 2023

Respectfully Submitted,

_____/s/ Jennifer Jackman_____

Jennifer Jackman
Jen.Jackman@icemiller.com
Kenneth Sheehan (*pro hac vice*)
Ken.Sheehan@icemiller.com
Ice Miller LLP
200 Massachusetts Ave NW
Suite 400
Washington, DC 20001
Telephone: (202) 807-4055
Facsimile: (202) 807-4056

Lesley McCall Grossberg (*pro hac vice*)
Lesley.Grossberg@icemiller.com
Ice Miller LLP
1735 Market St., Suite 3900
Philadelphia, PA 19103
Telephone: (215) 377-5030
Facsimile: (215) 377-5031

Robert D. Keeler (*pro hac vice*)
Robert.Keeler@icemiller.com
Ice Miller LLP
1500 Broadway, Suite 2900
New York, NY 10036
Telephone: (212) 824-4961
Facsimile: (212) 824-4982

*Counsel for Defendants Wiseleap Solutions Inc. and Emyode Services Conseils Inc.*

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on October 23, 2023 with a copy of this document via the Court's CM/ECF system:

Ahmed J. Davis (Va. Bar No. 43982)
adavis@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW, Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Jason W. Wolff
wolff@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Phone: (858) 678-5070
Fax: (858) 678-5099

Jeremy T. Saks
saks@fr.com
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
Tel: (212) 765-5070
Fax: (212) 258-2291

/s/Jennifer Jackman
Jennifer Jackman
Jen.Jackman@icemiller.com
Ice Miller LLP
200 Massachusetts Ave NW
Suite 400
Washington, DC 20001
Telephone: (202) 807-4055
Facsimile: (202) 807-4056

3

4857-2505-8952.1