IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JCAI INC. *and* JCAI AMERICA INC.,  )
    Plaintiffs,  )
      )
       v.  )           Civil Action No. 3:23cv350 (RCY)
      )
WISELEAP SOLUTIONS INC. *and*  )
EMYODE SERVICES CONSEILS INC.,  )
    Defendants.  )
      )

**ORDER**

This matter is before the Court on the parties' Joint Motion to Modify the Scheduling Order ("Joint Motion") (ECF No. 61).  The Court GRANTS IN PART and DENIES IN PART the Joint Motion (ECF No. 61).  The Court hereby MODIFIES the current Rule 16(b) Scheduling Order (ECF No. 32) as follows:

| Event | Previous Date | New Date |
|---|---|---|
| Fact Discovery Cutoff | June 27, 2024 | August 8, 2024 |
| Opening Expert Reports | August 8, 2024 | September 5, 2024 |
| Rebuttal Expert Reports | September 19, 2024 | October 10, 2024 |
| Expert Discovery Cutoff | October 17, 2024 | October 31, 2024 |
| **All other dates remain unchanged.** | | |

The requests to modify the dispositive motion deadline and the *Daubert* motion deadline are both DENIED WITHOUT PREJUDICE.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

                     /s/ *RCY*
                     Roderick C. Young
                     United States District Judge

Richmond, Virginia
Date: June 17, 2024